IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MARIA O'REILLY-BROOKES,

    Plaintiff,                                 Case No.: 6:22-CV-01225

v.

EXPERIAN INFORMATION
SOLUTIONS, INC., CORELOGIC
CREDCO, LLC, PROFESSIONAL
FINANCE COMPANY, INC., *and*
U.S. ANESTHESIA PARTNERS OF
FLORIDA, INC.,
    Defendants.
_____/

**Defendant's Answer and Affirmative Defenses**

COMES NOW, Defendant, Professional Fiance Company, Inc., ("Defendant" or "Comenity"), by and through its undersigned counsel, and hereby responds to Plaintiff's Complaint as follows:

1. Admitted Plaintiff seeks relief under the FDCPA, FCCPA, and FCRA; denied Plaintiff is entitled to any relief thereunder.

2. Admitted for jurisdictional purposes only; otherwise denied.

3. Admitted for jurisdictional purposes only; otherwise denied.

4. Defendant is without sufficient information or knowledge to determine the veracity of the allegations contained in this paragraph.

5. Defendant is without sufficient information or knowledge to determine the veracity of the allegations contained in this paragraph.

6. Admitted that Plaintiff is a natural person; otherwise, Defendant is without sufficient information or knowledge to determine the veracity of the allegations contained in this paragraph.

7. Defendant is without sufficient information or knowledge to determine the veracity of the allegations contained in this paragraph.

8. Defendant is without sufficient information or knowledge to determine the veracity of the allegations contained in this paragraph.

9. Defendant is without sufficient information or knowledge to determine the veracity of the allegations contained in this paragraph.

10. Defendant is without sufficient information or knowledge to determine the veracity of the allegations contained in this paragraph.

11. Defendant is without sufficient information or knowledge to determine the veracity of the allegations contained in this paragraph.

12. Defendant is without sufficient information or knowledge to determine the veracity of the allegations contained in this paragraph.

13. Defendant is without sufficient information or knowledge to determine the veracity of the allegations contained in this paragraph.

14. Defendant is without sufficient information or knowledge to determine the veracity of the allegations contained in this paragraph.

15. Admitted.

16. Admitted.
17. Defendant is without sufficient information or knowledge to determine the veracity of the allegations contained in this paragraph.
18. Admitted.
19. Defendant is without sufficient information or knowledge to determine the veracity of the allegations contained in this paragraph.
20. Defendant is without sufficient information or knowledge to determine the veracity of the allegations contained in this paragraph.
21. Defendant is without sufficient information or knowledge to determine the veracity of the allegations contained in this paragraph.
22. Defendant is without sufficient information or knowledge to determine the veracity of the allegations contained in this paragraph.
23. Defendant is without sufficient information or knowledge to determine the veracity of the allegations contained in this paragraph.
24. Defendant is without sufficient information or knowledge to determine the veracity of the allegations contained in this paragraph.
25. Admitted that Exhibit "A" speaks for itself; otherwise, Defendant is without sufficient information or knowledge to determine the veracity of the allegations contained in this paragraph.
26. Defendant is without sufficient information or knowledge to determine the veracity of the allegations contained in this paragraph.
27. Admitted.

28. Defendant is without sufficient information or knowledge to determine the veracity of the allegations contained in this paragraph.
29. Defendant is without sufficient information or knowledge to determine the veracity of the allegations contained in this paragraph.
30. Admitted.
31. Admitted.
32. Admitted that Exhibit "B" speaks for itself; otherwise, Defendant is without sufficient information or knowledge to determine the veracity of the allegations contained in this paragraph.
33. Admitted that Exhibit "B" speaks for itself; otherwise, Defendant is without sufficient information or knowledge to determine the veracity of the allegations contained in this paragraph.
34. Defendant is without sufficient information or knowledge to determine the veracity of the allegations contained in this paragraph.
35. Defendant is without sufficient information or knowledge to determine the veracity of the allegations contained in this paragraph.
36. Admitted that Exhibit "C" speaks for itself; otherwise, Defendant is without sufficient information or knowledge to determine the veracity of the allegations contained in this paragraph.
37. Defendant is without sufficient information or knowledge to determine the veracity of the allegations contained in this paragraph.

38. Defendant is without sufficient information or knowledge to determine the veracity of the allegations contained in this paragraph.
39. Defendant is without sufficient information or knowledge to determine the veracity of the allegations contained in this paragraph.
40. Defendant is without sufficient information or knowledge to determine the veracity of the allegations contained in this paragraph.
41. Defendant is without sufficient information or knowledge to determine the veracity of the allegations contained in this paragraph.
42. Defendant is without sufficient information or knowledge to determine the veracity of the allegations contained in this paragraph.
43. Defendant is without sufficient information or knowledge to determine the veracity of the allegations contained in this paragraph.
44. Defendant is without sufficient information or knowledge to determine the veracity of the allegations contained in this paragraph.
45. Defendant is without sufficient information or knowledge to determine the veracity of the allegations contained in this paragraph.
46. Defendant is without sufficient information or knowledge to determine the veracity of the allegations contained in this paragraph.
47. Defendant is without sufficient information or knowledge to determine the veracity of the allegations contained in this paragraph.
48. Defendant is without sufficient information or knowledge to determine the veracity of the allegations contained in this paragraph.

49. Defendant is without sufficient information or knowledge to determine the veracity of the allegations contained in this paragraph.
50. Defendant is without sufficient information or knowledge to determine the veracity of the allegations contained in this paragraph.
51. Defendant is without sufficient information or knowledge to determine the veracity of the allegations contained in this paragraph.
52. Defendant is without sufficient information or knowledge to determine the veracity of the allegations contained in this paragraph.
53. Admitted.
54. Admitted.
55. Admitted.
56. Admitted.
57. Admitted that Exhibit "D" speaks for itself; otherwise, Defendant is without sufficient information or knowledge to determine the veracity of the allegations contained in this paragraph.
58. Defendant is without sufficient information or knowledge to determine the veracity of the allegations contained in this paragraph.
59. Defendant is without sufficient information or knowledge to determine the veracity of the allegations contained in this paragraph.
60. Defendant is without sufficient information or knowledge to determine the veracity of the allegations contained in this paragraph.

61. Defendant is without sufficient information or knowledge to determine the veracity of the allegations contained in this paragraph.
62. Denied.
63. Denied.
64. Denied.
65. Defendant is without sufficient information or knowledge to determine the veracity of the allegations contained in this paragraph.
66. Defendant is without sufficient information or knowledge to determine the veracity of the allegations contained in this paragraph.
67. Defendant is without sufficient information or knowledge to determine the veracity of the allegations contained in this paragraph.
68. Defendant is without sufficient information or knowledge to determine the veracity of the allegations contained in this paragraph.
69. Defendant is without sufficient information or knowledge to determine the veracity of the allegations contained in this paragraph.
70. Defendant is without sufficient information or knowledge to determine the veracity of the allegations contained in this paragraph.
71. Defendant is without sufficient information or knowledge to determine the veracity of the allegations contained in this paragraph.
72. Defendant is without sufficient information or knowledge to determine the veracity of the allegations contained in this paragraph.

## COUNT I

73. Defendant reasserts its responses to Plaintiffs 1 through 72 of Plaintiff's Complaint as stated above.

74. This paragraph is not aimed at the responding Defendant. As such, no response is required hereto. To the extension any response is required—Defendant is without sufficient information or knowledge to determine the veracity of the allegations contained in this paragraph.

75. This paragraph is not aimed at the responding Defendant. As such, no response is required hereto. To the extension any response is required—Defendant is without sufficient information or knowledge to determine the veracity of the allegations contained in this paragraph.

76. This paragraph is not aimed at the responding Defendant. As such, no response is required hereto. To the extension any response is required—Defendant is without sufficient information or knowledge to determine the veracity of the allegations contained in this paragraph.

77. This paragraph is not aimed at the responding Defendant. As such, no response is required hereto. To the extension any response is required—Defendant is without sufficient information or knowledge to determine the veracity of the allegations contained in this paragraph.

78. This paragraph is not aimed at the responding Defendant. As such, no response is required hereto. To the extension any response is required—

Defendant is without sufficient information or knowledge to determine the veracity of the allegations contained in this paragraph.

## COUNT II

79. Defendant reasserts its responses to Plaintiffs 1 through 68 of Plaintiff's Complaint as stated above.

80. Denied.

81. Denied.

82. Denied.

83. Denied.

84. Denied.

## COUNT III

85. Defendant reasserts its responses to Plaintiffs 1 through 72 of Plaintiff's Complaint as stated above.

86. Denied.

## COUNT IV

87. Defendant reasserts its responses to Plaintiffs 1 through 72 of Plaintiff's Complaint as stated above.

88. Denied.

## COUNT IV

89. Defendant reasserts its responses to Plaintiffs 1 through 72 of Plaintiff's Complaint as stated above.

90. Denied.

91. Denied.

## COUNT VI

92. Defendant reasserts its responses to Plaintiffs 1 through 72 of Plaintiff's Complaint as stated above.

93. This paragraph is not aimed at the responding Defendant. As such, no response is required hereto. To the extension any response is required—Defendant is without sufficient information or knowledge to determine the veracity of the allegations contained in this paragraph.

94. This paragraph is not aimed at the responding Defendant. As such, no response is required hereto. To the extension any response is required—Defendant is without sufficient information or knowledge to determine the veracity of the allegations contained in this paragraph.

## COUNT VII

95. Defendant reasserts its responses to Plaintiffs 1 through 72 of Plaintiff's Complaint as stated above.

96. This paragraph is not aimed at the responding Defendant. As such, no response is required hereto. To the extension any response is required—

Defendant is without sufficient information or knowledge to determine the veracity of the allegations contained in this paragraph.

97. This paragraph is not aimed at the responding Defendant. As such, no response is required hereto. To the extension any response is required—Defendant is without sufficient information or knowledge to determine the veracity of the allegations contained in this paragraph.

98. This paragraph is not aimed at the responding Defendant. As such, no response is required hereto. To the extension any response is required—Defendant is without sufficient information or knowledge to determine the veracity of the allegations contained in this paragraph.

99. This paragraph is not aimed at the responding Defendant. As such, no response is required hereto. To the extension any response is required—Defendant is without sufficient information or knowledge to determine the veracity of the allegations contained in this paragraph.

### FIRST AFFIRMATIVE DEFENSE

Defendant asserts, without admitting any liability whatsoever, that Plaintiff lacks standing as he/she has suffered no injury-in-fact as the result of any act or omission by Defendant.

### SECOND AFFIRMATIVE DEFENSE

Defendant asserts, without admitting any liability whatsoever, that Plaintiff's FDCPA, FCCPA and/or FCRA claims are barred in whole or in part by the applicable statute of limitations.

### THIRD AFFIRMATIVE DEFENSE

Defendant asserts, without admitting any liability whatsoever, the Plaintiff's FCCPA claims may be preempted in whole or in part by the FCRA.[1]

### FOURTH AFFIRMATIVE DEFENSE

Defendant asserts that if it is assumed, *arguendo*, that Defendant violated a statute as alleged in Plaintiff's Complaint, which presupposition Defendant denies, such violation was not negligent or intentional, and resulted from a *bona fide* error, notwithstanding the maintenance of procedures reasonably adapted to avoid any such error.

---

[1] *See Mack v. Wakefield & Assocs., Inc.,* No. 0:16-CV-61925, 2017 WL 7794344, at *3 (S.D. Fla. Oct. 19, 2017) (the FCRA preempts Plaintiff's claim under the FCCPA based upon furnishing inaccurate information to the credit reporting agencies.); *Arianas v. LVNV Funding LLC*, 132 F. Supp. 3d 1322 (M.D. Fla. 2015) (the FCRA preempts the reach of the FCCPA to the actual reporting of a debt to a credit reporting agency); *Davidson v. Capital One, N.A.*, No. 14-20478-CIV, 2014 WL 3767677, at *5 (S.D. Fla. July 31, 2014) (FCCPA claims based on reports to CRAs are preempted under the FCRA); *Frye v. Capital One Auto Fin.*, No. 1:15-CV-20530, 2015 WL 3540445, at *2 (S.D. Fla. June 3, 2015) (FCCPA claim is preempted to the extent that it is based on Capital One's furnishing of information to credit-reporting agencies); *Kanarick v. Santander Consumer USA, Inc.*, No. 9:13-CV-80030, 2014 WL 12464922, at *9 (S.D. Fla. Aug. 22, 2014) ("Because Plaintiffs' FCCPA claim is based on Santander's reporting of debts to credit reporting agencies, her claim under the FCCPA is preempted by the FCRA."); *See Bank of Am., N.A. v. Zaskey*, No. 9:15-CV-81325, 2016 WL 4991223, at *10 (S.D. Fla. Sept. 19, 2016); *Davide v. Specialized Loan Servicing, LLC*, No. 18-22351-CIV, 2019 WL 1470095, at *3 (S.D. Fla. Apr. 2, 2019) ("Where a plaintiff's state law claims are based on the same conduct as the FCRA claims, the state law claims are preempted by the FCRA."); *Milgram v. Chase Bank USA, N.A.*, No. 19-60929-CIV, 2020 WL 409546, at *6 (S.D. Fla. Jan. 25, 2020) (the FCRA preempts Plaintiff's FCCPA claim only to the extent it is based on furnishing of information to credit reporting agencies.)

WHEREFORE, Defendant, respectfully requests this Court to DISMISS Plaintiffs' claims with prejudice and for any such other relief as this court deems just and proper.

Respectfully submitted by:

*/s/ Charles J. McHale*
CHARLES J. MCHALE, ESQ.
Florida Bar No.: 0026555
**GOLDEN SCAZ GAGAIN, PLLC**
1135 Marbella Plaza Drive
Tampa, Florida 336019
Phone: (813) 251-5500
Fax: (813) 251-3675
cmchale@gsgfirm.com
Counsel for Defendant