IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MARIA O'REILLY-BROOKES,

    Plaintiff,                                Case No.: 6:22-CV-01225

v.

EXPERIAN INFORMATION
SOLUTIONS, INC., CORELOGIC
CREDCO, LLC, PROFESSIONAL
FINANCE COMPANY, INC., *and*
U.S. ANESTHESIA PARTNERS OF
FLORIDA, INC.,
    Defendants.
_____/

## DEFENDANT'S NOTICE OF PENDING, REFILED, RELATED OR SIMILAR ACTIONS

    COMES NOW, Defendant, by and through its undersigned counsel, and hereby certifies that the instant action:

___    IS    related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

X  IS NOT  related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State Court, or administrative agency.

    I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than eleven days after appearance of the party.

Respectfully submitted by:

*/s/ Charles J. McHale*
CHARLES J. MCHALE, ESQ.
Florida Bar No.: 0026555
**GOLDEN SCAZ GAGAIN, PLLC**
1135 Marbella Plaza Drive
Tampa, Florida 336019
Phone: (813) 251-5500
Fax: (813) 251-3675
cmchale@gsgfirm.com
Counsel for Defendant